[No. 26718-7-II.   Division Two.   December 19, 2001.]

MARLENE JOYCE TREVINO, *Appellant*, v. PACIFICORP, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-2-00012-1, Stephen M. Warning, J., entered November 9, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 26772-1-II.   Division Two.   December 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW PAUL SKARE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-01142-0, Stephen M. Warning, J., entered December 12, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 19712-3-III.   Division Three.   December 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. COURTNEY ANNE JENKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-1-00496-9, Kenneth L. Jorgensen, J., entered October 23, 2000. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19832-4-III.   Division Three.   December 20, 2001.]

RICHARD D. BRAUNER, ET AL., *Appellants*, v. ALUMINUM COMPANY OF AMERICA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 98-2-00265-2, Larry M. Kristianson, J., entered November 21, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.